IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:22-CV-51-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ENTRY OF DEFAULT |
| RONALD WIGGINS and KAY WIGGINS, | ) | |
| Defendants. | ) | |

IT APPEARING by affidavit of counsel for the Plaintiff that the Defendants, Ronald Wiggins and Kay Wiggins, have failed to appear, plead, or otherwise defend this action within the prescribed time allowed by the Federal Rules of Civil Procedure; therefore, default is hereby entered against the Defendants.

Dated this  16  day of  May , 2023.

_____
PETER A. MOORE, JR., Clerk of Court